(135 So. 595)

## GRIMES v. STATE.
### 4 Div. 776.

Court of Appeals of Alabama.
June 16, 1931.

Harry Adams, of Enterprise, for appellant.

Thos. E. Knight, Jr., Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

RICE, J.

Violating prohibition law.

"Rum" is a prohibited liquor. Code 1923, § 4615.

There was no error in allowing the state's witnesses to testify, over appellant's objection, that the liquid, of which he was admittedly found in possession, was "rum." Harwell v. State, 12 Ala. App. 265, 68 So. 500, certiorari denied, etc., Id., 192 Ala. 689, 68 So. 1019.

The judgment of conviction is affirmed.

Affirmed.